**BYRNES v. STATE.**

No. 26577.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

**BATSON v. STATE.**

No. 26575.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of possessing intoxicating liquor for the purpose of sale in a dry area, and, upon a plea of guilty before the court without a jury, his punishment was assessed by the court at a fine of $250.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.